# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **TODD HENSLEY,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | No.  **6:25-CV-00087-LS** |
| | § | |
| **FARMERS CASUALTY INSURANCE** | § | |
| **COMPANY,** | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Defendant Farmers Casualty Insurance Company moves for summary judgment on Plaintiff's uninsured motorist claim. The Court referred this case to the Honorable Dan MacLemore for report and recommendation on dispositive matters, who recommended that the Court deny the motion for summary judgment. Neither party objected to the recommendation. The Court therefore **ADOPTS** the report and recommendation and **DENIES** Defendant's motion for summary judgment [ECF No. 17].

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 22, 2026.

_____

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**